IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02229-MSK-BNB

ANSON ROHR,

       Plaintiff,

v.

ANDREW R. DORSEY, in his individual and official capacities, and
THERESE BROWN, in her individual and official capacities,

       Defendants.

## ORDER ON PLAINTIFF'S MOTION

THIS MATTER comes before the Court upon the Plaintiff's Motion to Withdraw Pending Motion to Withdraw and Vacate Hearing **(#30)**. He seeks to vacate the hearing set for March 2, 2007 at 3:45 p.m. on his counsel's motion to withdraw, apparently because the parties anticipate filing a Stipulated Motion to Dismiss the Case with Prejudice by March 7, 2007.

It is **ORDERED** that:

1. The Motion to Withdraw Pending Motion to Withdraw and Vacate Hearing **(#30)** is **GRANTED** in part. The Motion to Withdraw **(#20)** is deemed withdrawn. The request to vacate the hearing set for March 2, 2007 is **DENIED**.

2. Settlements are governed by MSK Civ. Practice Standard III.F.

3. If this case is not dismissed or closed by the hearing date specified above, the hearing will occur as scheduled, but the purpose of the hearing is changed to address the effect of the proposed settlement upon the course of this case. Counsel should be prepared to address the

timing and preferred mechanism for disposition of this matter.

4. No party need appear at the hearing. **Counsel may appear by telephone if arrangements are made with the Courtroom Deputy at (303) 335-2185 at least two days prior to the hearing.**

Dated this 23rd day of February, 2007

                                **BY THE COURT:**

                                *Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge